and motion granted upon payment within ten days after the entry of this order of twenty dollars costs, together with all disbursements of the defendants incident to the trial. Jenks, P. J., Thomas, Carr, Rich and and Stapleton, JJ., concurred. Order reversed, without costs of this appeal to either party, and motion granted, upon payment within ten days after the entry of this order of twenty dollars costs, together with all disbursements of the defendants incident to the trial.

Dina Barkenthien, Appellant, v. The People of the State of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Brooklyn, Queens County and Suburban Railroad Company, Appellant, v. Maria A. Bird, Respondent, and the City of New York, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

John Carroll, Plaintiff, v. John H. McArdle, as Supervisor of the Town of Mamaroneck, Defendant.— Motion for reargument granted, without costs, and case set down for Wednesday, April 9, 1913. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Arthur Cashmore, an Infant, etc., Respondent, v. The Peerless Motor Car Company of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Emma De Long, Respondent, v. William J. Anderson and Others, Appellants.— Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Burr, Carr and Stapleton, JJ.; Rich, J., taking no part.

Marianna Denaro, Appellant, v. The Prudential Insurance Company of America, Respondent.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ. Order to be settled before Mr. Justice Carr.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., Harris Avenue, etc. Frederick Ayer, Appellant.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

In the Matter of Benjamin F. Curtis, Deceased. In the Matter of the Judicial Settlement of the Accounts of Louis B. Hasbrouck, as Executor, etc. William D. Sporborg and Josiah Canter, Appellants, v. Frank W. Baum, etc., Respondent.— Motion to withdraw appeal granted on payment of ten dollars costs, and motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

In the Matter of William C. Damron, an Attorney.— Motion granted. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

In the Matter of the Petition of John Fischer for an Inspection of the Books and Records of the Kaiser Garden Company.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.